THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS JAY PIPPIN,<br><br>Defendant. | CASE NO. CR16-0266-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue trial and pretrial motions deadline (Dkt. No. 25). The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and Defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of March 13, 2017, until the new trial date of May 1, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to May 1, 2017, and that pretrial motions shall be filed no later than April 3, 2017.

DATED this 19th day of January 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
