THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0266-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CURTIS JAY PIPPIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to continue the response and reply deadlines to the pending motion to suppress evidence (Dkt. No. 34). The Court, finding good cause, GRANTS the motion to continue. The Government's response to Defendant's motion to suppress evidence, (Dkt. No. 32), is due April 3, 2017. Defendant's reply is due April 10, 2017. The pretrial motions deadline is moved to April 10, 2017.

DATED this 24th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk