THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-0266-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| CURTIS JAY PIPPIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Curtis Jay Pippin's motion to seal (Dkt. No. 30). Defendant moves to seal his motion to suppress and attached exhibits 1–4, (Dkt. Nos. 31, 31-1, 32, and 33). (Dkt. No. 30.) The Court finds there are compelling reasons to permit the filing of the documents under seal.

It is hereby ORDERED that Defendant shall be permitted to file the motion to suppress, (Dkt. Nos. 31 and 32) and exhibits 1–4 (Dkt. Nos. 31-1 and 33) under seal.

DATED this 27th day of March 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER CR16-0266-JCC
PAGE - 1