THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>CURTIS JAY PIPPIN,<br><br>        Defendant. | CASE NO. CR16-0266-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to file an overlength brief for his motion to suppress (Dkt. No. 29). This motion is GRANTED. Defendant is granted leave to file a motion to suppress over the 12-page limit contained in Local Rule 12(b)(5).

DATED this 30th day of March 2017.

                                            William M. McCool
                                          Clerk of Court

                                          /s/Paula McNabb
                                          Deputy Clerk