THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CURTIS JAY PIPPIN,<br><br>　　　　　　Defendant. | CASE NO. CR16-0266-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to continue the response and reply deadlines for Defendant's motion for a *Franks* hearing (Dkt. No. 51). This motion is GRANTED. The Government's response to Defendant's motion for a *Franks* hearing (Dkt. No. 46) shall be due April 24, 2017. Defendant's reply shall be due May 1, 2017.

DATED this 7th day of April 2017.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　/s/Paula McNabb
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER CR16-0266-JCC
PAGE - 1