THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0266-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CURTIS JAY PIPPIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Government's motion for leave to file an overlength brief (Dkt. No. 38) and motion to seal its response to the motion to suppress evidence (Dkt. No. 39) are GRANTED. The Government's response to Defendant's motion to suppress (Dkt. No. 40) shall remain under seal. The Government will be allowed 15 pages in its response brief.

Defendant's motion to seal reply (Dkt. No. 43), motion to seal motion for *Franks* hearing (Dkt. No. 45), and motion to seal motion to suppress evidence from Yahoo! (Dkt. No. 54) are GRANTED. Docket numbers 44, 46, and 55 shall remain under seal.

//

//

//

MINUTE ORDER CR16-0266-JCC
PAGE - 1

1       DATED this 7th day of April 2017.

2                                               William M. McCool
                                                Clerk of Court
3
                                                /s/Paula McNabb
4                                               Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26