UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITES STATES OF AMERICA, | CASE NO. CR16-0266-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CURTIS JAY PIPPIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to continue response and reply deadlines to Defendant's second suppression motion (Dkt. No. 58). This motion is GRANTED. The Government's response to Defendant's second suppression motion (Dkt. No. 55) is due May 5, 2017, and Defendant's reply, if any, is due May 12, 2017. The Clerk is DIRECTED to renote Defendant's motion (Dkt. No. 55) for May 12, 2017.

DATED this 11th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk