THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CURTIS JAY PIPPIN,<br><br>　　　　Defendant. | CASE NO. CR16-266-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Curtis Jay Pippin's unopposed motion to continue trial and pretrial motions deadline (Dkt. No. 61) and speedy trial waiver (Dkt. No. 62). The motion to continue trial and pretrial motions deadline is GRANTED. The Court hereby finds and ORDERS:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).
3. The Court has ordered that the Government's response to motions filed by the defense would be due by May 5, 2017, and the defense reply due by May 12, 2017.

(Dkt. No. 59.) These dates conflict with the current trial date of May 1, 2017.

4. Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. The trial date is therefore continued from May 1, 2017, to August 14, 2017.

6. The resulting period of delay from the date of this order, to August 14, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

7. Pretrial motions are due no later than July 14, 2017.

DATED this 19th day of April 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER CR16-266-JCC
PAGE - 2