THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0266-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CURTIS JAY PIPPIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Curtis Pippin's motion to seal the reply to the Government's response to Defendant's motion for a *Franks* hearing (Dkt. No. 66). The Court finds there are compelling reasons to permit the filing of these documents under seal. Accordingly, Defendant's motion (Dkt. No. 66) is GRANTED. Defendant's reply (Dkt. No. 67) shall remain under seal. Defendant is ORDERED to file a redacted version of the reply with the Court.

DATED this 1st day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk