THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0266-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CURTIS JAY PIPPIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to continue the response date to Defendant's motion to suppress (Dkt. No. 71). This motion is GRANTED. The Government will have until May 12, 2017 to respond to Defendant's motion to suppress (Dkt. Nos. 55 and 56). Defendant will have until May 19, 2017 to file a reply, if any.

DATED this 4th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER CR16-0266-JCC
PAGE - 1