UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-0266-JCC |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| CURTIS JAY PIPPIN, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 103) for the following property:

1. Dell Dimension Desktop, service tag no. GW2QY91;
2. Sony Vaio Laptop, serial no. 283185303805216;
3. HP Pavilion laptop, serial no. CND6240Y12;
4. ZTE N9130 phone;
5. Lexar microSD card, 2 GB; serial no. S-FLIK99P1-943;
6. Samsung microSD card, 8 GB, serial no. D-FDFF17GH-130;
7. SanDisk microSD card, 2 GB, serial no. 0812702840C;
8. Transcend microSD card, 2 GB, serial no. MMAGR02GUDCA;
9. Black Lexar Thumb Drive;
10. White Thumb Drive;

  11. LG Virgin phone;

  12. KingMax microSD card;

  13. Philips keychain digital camera; and,

  14. Any and all images of child pornography, in whatever form and however stored.

  The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On November 2, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 94);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 102) and provided direct notice to a potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 103-1, ¶ 2, Ex. A); and
- The time for filing third-party petitions has expired, and none were filed.

  Now, therefore, the Court ORDERS:

  1. No right, title, or interest in the above-identified property exists in any party other than the United States;

  2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

  3. The Department of Homeland Security, and/or its authorized representatives, is authorized to dispose of the above-identified property as permitted by governing law.

//

//

//

//

Final Order of Forfeiture - 2
*U.S. v. Curtis Jay Pippin,* CR16-0266-JCC

DATED this 22nd day of January 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE