THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CURTIS JAY PIPPIN,<br><br>　　　　　　Defendant. | CASE NO. CR16-0266-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for leave to file over-length motions and briefs (Dkt. No. 113) and Defendant Curtis Jay Pippin's motion for leave to file over-length motions and briefs (Dkt. No. 115). The Court hereby GRANTS both motions. The Court considered the parties' over-length briefs in ruling on Mr. Pippin's emergency motion for compassionate release (Dkt. No. 108).

DATED this 6th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk