THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CURTIS JAY PIPPIN,<br><br>　　　　　　Defendant. | CASE NO. CR16-0266-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Curtis Jay Pippin's motion for leave to file an overlength brief (Dkt. No. 119). The Court hereby GRANTS the motion. The Court considered Pippin's overlength brief in ruling on his second motion for compassionate release.

DATED this 27th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk